FILED

2003 OCT 24  P 12: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID HOFFMAN | : | NO. 3:01CV-0788 (DJM) |
| V. | : | |
| THEODORE PARKER | : | OCTOBER 23, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS'
SECOND MOTION FOR SUMMARY JUDGMENT**

The plaintiff, DAVID HOFFMAN, respectfully moves this Court to grant an extension of time of twenty (20) days, up to and including November 17, 2003, to file a response to defendants' second summary judgment motion in this action.

In support of this motion, plaintiff represents as follows:

1. Plaintiff's counsel is required to respond to another summary judgment motion on October 27.

2. Plaintiff's counsel may be required to consult with Mr. Hoffman, who is in Idaho, in order to file a complete response to the issues raised in the Magistrate's decision on the original motion filed by the defendants.

3. This is the first request for an extension of time regarding defendants' motion.

4. Plaintiff has consulted with the attorney for the defendants, and he has no objection to the requested extension of time.

For the reasons set forth above, plaintiff respectfully requests that the Motion for Extension of Time be granted.

THE PLAINTIFF

_____
KATRENA ENGSTROM (ct09444)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the date set forth above, to the following parties and counsel of record:

Stephen R. Sarnowski, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
KATRENA ENGSTROM