40



FILED

2003 OCT 24 P 12: 05

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID HOFFMAN | : NO. 3:01CV-0788 (DFM) |
| V. | : |
| THEODORE PARKER | : OCTOBER 23, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

The plaintiff, DAVID HOFFMAN, respectfully moves this Court to grant an extension of time of twenty (20) days, up to and including November 17, 2003, to file a response to defendants' second summary judgment motion in this action.

In support of this motion, plaintiff represents as follows:

1. Plaintiff's counsel is required to respond to another summary judgment motion on October 27.

2. Plaintiff's counsel may be required to consult with Mr. Hoffman, who is in Idaho, in order to file a complete response to the issues raised in the Magistrate's decision on the original motion filed by the defendants.

3. This is the first request for an extension of time regarding defendants' motion.

GRANTED. So ordered. 10/29/03.

FILED 2003 OCT 29 P 2: 04 US DISTRICT COURT HARTFORD CT