FILED

2003 NOV 18 P 2: 22

US DISTRICT COURT
HARTFORD CT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID HOFFMAN | : | NO. 3:01CV-0788 (DJM) |
| V. | : | |
| THEODORE PARKER, et al. | : | NOVEMBER 18, 2003 |

### PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT

### ORIGINAL AFFIDAVIT

On November 17, a copy of this affidavit was attached inadvertently to the

Rule 56(a)(2) statement.

THE PLAINTIFF

KATRENA ENGSTROM (ct09444)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage
prepaid, on the date set forth above, to Stephen R. Sarnowski, Esq.,Assistant
Attorney General,110 Sherman Street, Hartford, CT 06105

KATRENA ENGSTROM

# FUSCO & GIULIANO
### ATTORNEYS AT LAW
39 RUSS STREET 1
HARTFORD, CONNECTICUT 06106-1573

FILED

AUGUST J. FUSCO, II
CARMINE J. GIULIANO

2003 NOV 18 P 2:22

**TELEPHONE**
(860) 547-0500

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

**FACSIMILE**
(860) 244-9947

| | | |
|---|---|---|
| DAVID HOFFMAN | : | NO.    3;01CV-0788 (DJM) |
| V. | : | |
| THEODORE PARKER, ET AL, | : | NOVEMBER 17, 2003 |

COUNTY OF HARTFORD)
              ) SS:
CITY OF HARTFORD  )

### AFFIDAVIT OF CARMINE J. GIULIANO

CARMINE J. GIULIANO, having first been duly sworn, hereby deposes and states:

1. I am over the age of eighteen and I understand the obligations of an oath;

2. I am an attorney who represented David Hoffman in 1998 and 1999;

3. I apparently contacted the State's Attorney's office in New London on June 16, 1998, because Mr. Hoffman was unable to obtain access to his truck after he bonded out of jail on June 14, 1998. I say apparently because of my letter dated June 16, 1998, I specifically do recall meeting with State's Attorney Kevin Kane an June 24, 1998 to discuss the return of Mr. Hoffman's truck (See attached copy of my letter to ASA Kevin Kane.)

4. After some period of time, pursuant to my motions, the court ordered the return of his vehicle and trailer.

Carmine J Giuliano, Esq.

Subscribed and sworn to me this 17th day of November, 2003,

Notary Public /comm expires: 6/30/08

June 16, 1998

Kevin Kane, State's Attorney
New London Court, Part A
70 Huntington Street
New London, CT

Re: State vs. David Hoffman

Dear Attorney Kane:

On today's date I spoke with Mr. Pinnone concerning the above captioned case. We agree to meet next Wednesday, June 24, 1998 at 9:00 a.m. at your office concerning the seizure of Mr. Hoffman's truck and/or RV.

If you have any questions, please do not hesitate to call.

Sincerely,

Carmine J. Giuliano, Esq.

CJG/eh