UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP 28  P 4: 14

DISTRICT COURT

| | | |
|---|---|---|
| DAVID HOFFMAN | : | |
| v. | : | CASE NO. 3:01CV788 (DFM) |
| THEODORE PARKER, ET AL., | : | |

## JUDGMENT

This action having come on for consideration of the defendant's Motion for Summary Judgment (doc.#34) before the Honorable Donna F. Martinez, United States Magistrate Judge, and

The Court having considered the full record of the case, including applicable principles of law, filed its Ruling and Order on September 22, 2004, granting the defendant's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 28th day of September, 2004.

KEVIN F. ROWE, CLERK

By: _____
Robert K. Wood
Deputy Clerk

EOD_____