# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID HOFFMAN | : | NO. 3:01CV0788 (DFM) |
| | : | |
| V. | : | |
| | : | |
| THEODORE PARKER, et al. | : | NOVEMBER 24, 2004 |

### PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

The plaintiff, David Hoffman, suffered judgment against him on September 28, 2004. He is an incarcerated inmate in the Idaho penal system. The undersigned represented Mr. Hoffman in the underlying action. However, the undersigned will not represent Mr. Hoffman in any appeal. The undersigned has written to Mr. Hoffman notifying him of the appellate deadline and of the undersigned's intent to seek a 30 day extension of time within which Mr. Hoffman may wish to make alternative arrangements to file an appeal.

The trial court initially granted a first request for extension of time, giving the plaintiff until November 28, 2004. The plaintiff needs an additional 30 days within which to file any notice as the plaintiff's counsel is only this day sending a complete copy of the file to Mr. Hoffman for him to make an intelligent assessment of his options.

Mr. Sarnoski consents.

The undersigned has spoken to his adversary who consents to this request for an extension of 30 days within which to file an appeal to December 27, 2004.

WHEREFORE, the undersigned respectfully requests that Mr. Hoffman be given an additional 30 days, or until November 28, 2004, to file any notice of appeal in this case.

THE PLAINTIFF

_____
NORMAN A. PATTIS(ct13120)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the date set forth above, to the following parties and counsel of record:

Stephen R. Sarnowski, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
NORMAN A. PATTIS